**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



KARL THODE,

     Petitioner,

v.                           Civil Action No. 3:13CV03

COMMONWEALTH OF VIRGINIA,

     Respondent.

### MEMORANDUM OPINION

By Memorandum Order entered on March 28, 2013, the Court conditionally docketed Karl Thode's action. On April 16, 2013, United States Postal Service returned March 28, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Paroled 3/25/13." Since that date, Thode has not contacted the Court to provide a current address. Thode's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Thode.

                                 /s/    _REP_

                            Robert E. Payne
Date: May 14, 2013      Senior United States District Judge
Richmond, Virginia